Lawrence D. Rohlfing
Attorney at Law: 119433
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Henry Madrid Cortez

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA-ROYBAL

| | |
|---|---|
| HENRY MADRID CORTEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>    Defendant | Case No.: 5:16-cv-00673-PLA<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $4,500.00 as authorized by 28 U.S.C. § 2412, and no costs as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: April 27, 2017

*/s/ Paul L. Abrams*

_____
THE HONORABLE PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE

1 | Respectfully submitted,
2 | LAW OFFICES OF Lawrence D. Rohlfing
3 | /s/ *Lawrence D. Rohlfing*
  | _____
4 | Lawrence D. Rohlfing
  | Attorney for plaintiff Henry Madrid Cortez